### THOMPSON v. MAYOR, ETC., OF SEA ISLE CITY.

(City Court of New York, General Term.   May 22, 1899.)

BROKERS—COMPENSATION.
> A broker employed to sell bonds is entitled to compensation, upon producing a party ready, willing, and able to buy at the terms specified by the vendor, although the sale is not consummated, where the broker is without fault.

Appeal from trial term.

Action by Percy Thompson against the mayor and council of Sea Isle City to recover commissions as a broker.   Judgment for plaintiff, and defendant appeals.   Affirmed.

Argued before McCARTHY, CONLAN, and O'DWYER, JJ.

Charles De H. Brower, for appellant.

Kenneson, Crain & Alling, for respondent.

McCARTHY, J.   We do not think that there is anything in the question of jurisdiction.   It is admitted, I take it from an examination of this case, that the plaintiff was a broker, in the ordinary sense, and that the parties to whom these bonds were offered for sale, and who accepted the same, were able, competent, and willing to purchase. The only question here is, what was the plaintiff, in law, to do in this transaction, in order that he might be entitled to his commission?   We think, the employment being admitted, that, upon the production of a person or party ready, willing, and able to buy at the terms and arrangements as specified by the vendor, this is enough to entitle the broker to his commission, even if the sale is not consummated, provided this does not occur thereafter by reason of any act of the broker.

While the case is not as clearly presented as might be, we think it is sufficient, the question being disposed of, to affirm this judgment. It is therefore affirmed, with costs.   All concur.